Ross MILLIGAN, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2008–3260.

United States Court of Appeals,
Federal Circuit.

July 11, 2008.

ON MOTION

*ORDER*

Ross Milligan moves for reconsideration of the court's June 25, 2008, order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) Statement Concerning Discrimination.

Petitioner has now submitted a Rule 15(c), statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's June 25, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before August 11, 2008.